UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEAN C. WALKER** | **CIVIL ACTION** |
| **VERSUS** | **NO:     09-4361** |
| **WARDEN TRAVIS, ET AL.** | **SECTION: "J" (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Sean Walker's 42 U.S.C. § 1983 claims against the defendants, Warden Jeffery Travis, Nurse Bessie Carter, and the Secretary of the Louisiana Department of Public Safety and Corrections is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e(e).

**IT IS FURTHER ORDERED** that the **Motion to Dismiss ( R. Doc. 44)** filed by the State of Louisiana Department of Public Safety, Warden Jeffery Travis, and Nurse Bessie Carter is **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED** that the **Motion for Leave to File Amended Complaint (R. Doc. 45)**, filed by Sean C. Walker, is **DENIED.**

New Orleans, Louisiana, this 2nd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE